

# BORAH GOLDSTEIN
## ALTSCHULER NAHINS & GOIDEL, P.C.

## MEMORANDUM ENDORSED

*Jeffrey C. Chancas*
*Partner*
*JChancas@borahgoldstein.com*
O: (212) 431-1300, Ext. 900

January 8, 2026

**Via ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:    Jeffery Williams v. NADCO Associates, LLC
> and Broome Street Food and Drink, LLC
> United States District Court
> Southern District of New York
> Case No. 1:25-cv-06427 (JAV) (GWG)

Honorable Magistrate Judge Gorenstein:

This firm represents Defendant NADCO Associates, LLC ("NADCO") in the above-referenced matter.

NADCO and Plaintiff jointly respectfully request: (a) an adjournment of the Initial Case Management Conference from the current scheduled date of Tuesday, January 20, 2026, at 10:30 a.m., to Thursday, February 26, 2026, at 10:30 a.m.; and (b) an extension of the deadline to submit the proposed Scheduling Order from the current due date of January 15, 2026, to February 24, 2026.

In addition, NADCO respectfully requests an extension of its deadline to file an answer to the First Amended Complaint until February 25, 2026. This request is with the consent of Plaintiff's counsel.

This is the First Request for an adjournment of the Conference, for an extension of the Order submission deadline and for an extension of the answer deadline.

The February 26th adjourned date was obtained from Chambers and is satisfactory for all parties.

*Manhattan Office*| 377 Broadway ● New York, New York ● T: (212) 431-1300 ● F: (212) 334-0960 ● **For delivery of all papers**
*Queens Office*| 108-18 Queens Boulevard ● Forest Hills, New York ● 11375 ● T: (718) 263-6611 ● F: (718) 263-8272
*www.borahgoldstein.com*



BORAH GOLDSTEIN
ALTSCHULER NAHINS & GOIDEL, P.C.

-2-

The requests for the adjournment and the extension of the deadlines are being made to afford NADCO an opportunity to review the Complaint's allegations and to discuss potential settlement with the other parties.

The request does not interfere with any other scheduled d

Wherefore, I respectfully request that the Court grant this application.

Thank you.

Respectfully submitted,

/s/ Jeffrey C. Chancas
JEFFREY C. CHANCAS

The requests herein are granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 8, 2026

Manhattan Office | 377 Broadway ● New York, New York ● T: (212) 431-1300 ● F: (212) 334-0960 ● **For delivery of all papers**
Queens Office | 108-18 Queens Boulevard ● Forest Hills, New York ● 11375 ● T: (718) 263-6611 ● F: (718) 263-8272
www.borahgoldstein.com