

**LAW OFFICE OF**
# GLPC | GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

February 20, 2026

MEMORANDUM ENDORSED

Hon. Judge Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   **WILLIAMS v. NADCO ASSOCIATES, LLC, et al.**
      **DOCKET NO. 1:25-cv-6427**

Dear Judge Woods:

The undersigned represents Plaintiff Jeffery Williams in the above-referenced matter. I write, with the consent of counsel for Defendant Nadco Associates, LLC ("Defendant"), to respectfully request: (i) a 30-day adjournment of the initial conference currently scheduled for February 26, 2026 at 10:30 a.m. (Doc. 25) to March 26, 2026 at 4:00 pm; (ii) an extension of Defendant's time to answer the complaint through March 25, 2026; and (iii) an extension of the deadline to submit the proposed Civil Case Management Plan and Scheduling Order to March 24, 2026. This is the parties' second request for an adjournment.

To date the parties have been engaged in settlement discussions but have had difficulty coordinating schedules. A brief adjournment will facilitate those efforts and conserve judicial resources. The proposed March 26, 2026, date was confirmed with Chambers and is convenient for all parties.

Accordingly, the parties respectfully request that the Court grant this application.

Conference adjourned to March 26, 2026, at 10:30 a.m.
(Please note this time differs from the time in the letter).
The proposed scheduling order required by Docket # 23 is
due March 24, 2026.  The time to respond to the complaint
is extended to March 25, 2026.

Respectfully,
/s/ Gabriel A. Levy

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 20, 2026